## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-405 |
| v. | |
| | **PATENT CASE** |
| **BARNEYS NEW YORK, INC.,** | |
| | **JURY TRIAL DEMANDED** |
| Defendant. | |
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-409 |
| v. | |
| | **PATENT CASE** |
| **BPS DIRECT, L.L.C.,** | |
| | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT BPS DIRECT, L.L.C.

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka") and Defendant BPS Direct, L.L.C. ("BPS Direct"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against BPS Direct are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So Ordered and Signed on this**

**Oct 16, 2014**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE